IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AARON GEHMAN,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) Civil Action
　　　　　　Plaintiff　　　　　　　　) No. 07-cv-03567
　　　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
ARGENT MORTGAGE COMPANY LLC,　　　 )
　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant　　　　　　　　)

O R D E R

NOW, this 7th day of July, 2010, upon consideration of Defendant Argent Mortgage Company, LLC's Motion for Summary Judgment, which motion was filed April 28, 2010 together with the Memorandum of Law in Support of Defendant Argent Mortgage Company, LLC's Motion for Summary Judgment; upon consideration of Defendant Argent Mortgage Company, LLC's Statement of Material Facts in Support of Motion for Summary Judgment, which statement was also filed April 28, 2010; and for the reasons articulated in the accompanying Opinion,

　　　　IT IS ORDERED that the motion is granted in part and dismissed in part as moot.

　　　　IT IS FURTHER ORDERED that the motion is granted to the extent it seeks summary judgment on all claims under the Truth in Lending Act, 15 U.S.C. §§ 1601-1616, and the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601-2617, and judgment is entered in favor of defendant and against plaintiff on those claims.

IT IS FURTHER ORDERED that all of plaintiff's remaining state-law claims are dismissed without prejudice for plaintiff to raise them in state court, subject to any applicable statute of limitations.

IT IS FURTHER ORDERED that in all other respects, defendant's motion is dismissed as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:


 /s/ James Knoll Gardner
James Knoll Gardner
United States District Judge